AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 21, 2022

SEAN F. McAVOY, CLERK

DEBRA J.,

_____   )
*Plaintiff*   )
v.   )   Civil Action No.   1:22-CV-3025-RMP
   )
COMMISSIONER OF SOCIAL SECURITY,   )
   )

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 11, is GRANTED IN PART and DENIED IN PART.
Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.
Pursuant to the Court's Order at ECF No 17, this matter is REMANDED to the Commissioner for additional proceedings.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ ROSANNA MALOUF PETERSON _____ on cross-motions for summary judgment.

Date:  _12/21/2022_____

*CLERK OF COURT*

_SEAN F. McAVOY_____

_s/ Courtney Piazza_____
*(By) Deputy Clerk*

_Courtney Piazza_____